**Order entered October 3, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00396-CR

## EX PARTE JOHN MORGAN STAFFORD

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-00466-2022**

## ORDER

Before the Court is the State's September 29, 2022 second motion for extension of time to file the State's brief. We **GRANT** the motion and **ORDER** the State's brief filed by **October 24, 2022**.

/s/      LESLIE OSBORNE
JUSTICE